Mr Abel Acosta
Court of Criminal Appeals
PO Box 12308, Capitol Sta.
Austin TX 78711


March 25, 2015


Dear Mr Acosta,

          Your name was given to me as someone who might be able to assist me.
It has been over a year since my court appointed attorney informed me that my PDR
had been granted.  Here is all the information I possess that may help you locate
some information regarding my situation.

Jimmy Don Price   TDCJ #01744445

PDR # PD 1460-13

Case No 09-11-00592-CR

My attorney: R Jeanette Parham
             916 Wilkins St
             Hempstead TX 77445
             (979) 826-4838

          Any information, assistance, or guidance you can provide would be
greatly appreciated.  I await your response.



Respectfully yours,



Jimmy Don Price #01744445
Boyd Unit - 200 Spur 113
Teague, Texas 75860-5174

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 3 0 2015
Abel Acosta, Clerk